UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS, Individually,     21-cv-9839 (JGK)
and On Behalf of All Others
Similarly Situated,     ORDER

         Plaintiffs,

   - against -

SPOTHERO, INC.,

         Defendant.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to file a Fed. R. Civ. P. 26(f) report by January 14, 2022.

SO ORDERED.

Dated:    New York, New York
          January 4, 2022

                                     John G. Koeltl
                               United States District Judge