UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARMEN TAVAREZ-VARGAS,
Individually, and On Behalf of All Others
Similarly Situated,

            Plaintiff,

vs.

SPOTHERO, INC.,

            Defendant.

---------------------------------------------------------------x

Case No. 1:21-cv-09839-JGK

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: May 4, 2022            **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: May 4, 2022

THE WENDEROFF LAW GROUP PC

_____
Michael J. Glidden
17 Squadron Blvd.
Suite 201
New City, NY 10956
914-262-1795
Fax: 914-650-1260
Email: michael@wenderofflaw.com

*Attorney for Defendant*

SO ORDERED:

_____
JUDGE, U.S. District Court
Southern District of New York